Commonwealth *v.* Moore, Appellant.

Argued March 20, 1972. *David E. Auerbach,* Assistant Public Defender, for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Mosteller, Appellant.

Submitted March 24, 1972. *William Landis Mosteller,* appellant, in propria persona; *Walter G. Stanton,* Assistant District Attorney, and *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.